**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00449-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD STILLWELL,

    Defendant.

---

**ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 24) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for December 4, 2009 at 11:00 a.m. is VACATED.  The three-day jury trial set to commence on December 14, 2009 will remain on this Court's docket until such time as a change of plea hearing is set.  It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) <u>no later than December 7, 2009</u> to set this matter for a Change of Plea Hearing.

DATED:  December __3__, 2009

                                  BY THE COURT:

                                  */s/ Christine M. Arguello*

                                  CHRISTINE M. ARGUELLO
                                  United States District Judge