IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00449-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD STILLWELL,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Change of Plea Hearing currently set for May 7, 2010 at 2:30 p.m. must be reset. Counsel are DIRECTED to call Chambers (303-335-2174) via conference call no later than <u>noon, April 13, 2010</u> with their calendars available in order to reset this change of plea hearing.

    DATED: April 6, 2010