IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00449-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD STILLWELL,

    Defendant.

---

**ORDER REGARDING SENTENCING OF DEFENDANT**

---

At the Sentencing Hearing held on July 7, 2011, it was ORDERED that Defendant Richard Stillwell is sentenced to time served, plus three years of supervised release.

    DATED: July  07 , 2011

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge